EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

ELLIOT ENOKI 1528
First Assistant U.S. Attorney

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808)541-2850
Fax No. (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 05 2003

at __ o'clock and __ min __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR03 00106 |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. § 922(g)(3)] |
| JOHN ANDREW GILBREATH, | |
| Defendant. | |

INDICTMENT

The Grand Jury charges that:

On or about December 19, 2002, in the District of Hawaii, defendant JOHN ANDREW GILBREATH, being an unlawful user of and addicted to a controlled substance, to wit, marijuana, did knowingly possess in and affecting commerce a firearm, that is, a Rossi Model 88, .38 caliber revolver serial # W333037, an Essex

Arms Co. .45 caliber pistol serial # SS 6371 and a Thompson Model M-1 .45 caliber rifle serial # KCO 876.

All in violation of Title 18, United States Code, Section 922(g)(3).

DATE: March 5, 2003, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. John Andrew Gilbreath
Cr. No. _____
INDICTMENT