**Richlyn Young**
03/21/03 11:43 AM

To: HIDml_CR Notice Group
cc:
Subject: CR 03-00106DAE  USA v. John Gilbreath

Initial Appearance and A & P to Indictment as to John Gilbreath continued from 3-24-03 to 4-7-03 @ 10 a.m., LEK.

AUSA:   Thomas Muehleck
Deft's counsel:  Donna Gray

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 1 2003

at __4__ o'clock and __30__ min. __P__ M
WALTER A. Y. H. CHINN, CLERK
```