# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

04/07/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:    CR NO. 03-00106DAE

CASE NAME:    USA vs. JOHN ANDREW GILBREATH

ATTYS FOR PLA:    Florence Nakakuni for Thomas Muehleck

ATTYS FOR DEFT:    Michael A. Weight for Donna Gray

INTERPRETER:

---

JUDGE:    Leslie E. Kobayashi        REPORTER:    Courtroom 6-Tape 1369

DATE:    04/07/2003        TIME:    10:12-10:17

---

COURT ACTION:  EP: Initial Appearance and A & P as to the Indictment - Defendant present, not in custody.

Defendant previously sworn to Financial Affidavit. Donna Gray, AFPD and the Office of the Public Defender previously Apptd Atty.

Charges received. Defendant waives public reading of the Indictment. Plea of Not Guilty entered.

Jury Selection/Trial set for 9:00 6/10/03, DAE
Final Pretrial Conference set for 10:00 5/12/03, KSC
Defendant's Motions due 4/28/03
Government's Response due 5/12/03

No objections to the USPTS Report.  Parties submit.  Court Orders that the Defendant be released on an unsecured bond in the amount of $20,000 under the following conditions:

(7b)    Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services.

(7g2)    Do not apply for/obtain a passport.

(7h3)    Travel is restricted to: the island of Oahu and the State of Alabama.

(7s2)  You are prohibited from possessing, or having access to any firearm, ammunition, destructive device, or other dangerous weapon. Immediately surrender all firearms, ammunition, destructive devices, and other dangerous weapons to an agent approved by Pretrial Services.

(7u)  Do not use or possess illicit drugs, and do not be in the presence of illicit drug use or drug users/traffickers.

(7v1)  Submit to drug detection testing as approved by Pretrial Services.

(7y)  You must contribute toward the costs of the services required by this bond, to the extent you are financially able to do so, as determined by Pretrial Services.

In addition to the Special Conditions of Release as specified above, you are subject to the following conditions:

You shall not commit any offense in violation of federal, state, or local law while on release in this case.

You shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

Defendant is referred to the Clerk's Office and the U.S. Marshals' Office for processing.

Submitted by: Warren N. Nakamura, Courtroom Manager