# MINUTES





FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/12/03  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:   CR03-00106DAE

CASE NAME:     USA v. John Andrew Gilbreath

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:   Kevin S. C. Chang          REPORTER:

DATE:    5/12/03                    TIME:

---

COURT ACTION:  EO: Final Pretrial Conference.  Final Pretrial Conference not held. Parties to stipulate to continue trial date.  Theresa Lam, Courtroom Manager to Judge Ezra will be giving out new dates.

cc: Theresa Lam

Submitted by: Shari Afuso, Courtroom Manager

G:\docs\crd\John Gilbreath.sa.wpd