

PETER C. WOLFF, JR.  2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY     4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
Email:        fpdhi@hotmail.com

Attorneys for Defendant
JOHN ANDREW GILBREATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. 03-00106 DAE |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| | ) CONTINUING TRIAL AND TO |
| vs. | ) EXCLUDE TIME |
| | ) |
| JOHN ANDREW GILBREATH, | ) Present Date:   06/10/03 |
| | ) New Date:      09/03/03 |
| Defendant. | ) |
| | ) |

N:\DONNA\CLIENTS\Gilbreath\continue_stp.wpd

## STIPULATION AND ORDER
## CONTINUING TRIAL AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the jury trial presently scheduled for **June 10, 2003**, be

continued to **September 3, 2003,** and the final pretrial conference rescheduled to

**August 4, 2003 at 10:00 a.m.** before Magistrate Judge Kevin S. C. Chang. Defendant's motions deadline is July 7, 2003, with the Government's response due by July 21, 2003.

This continuance is made at the request of defense counsel due to conflicts in her trial schedules. Counsel will commence in trial in <u>United States v. Pawn, et al.</u>, Cr. No. 02-00030 SOM, on June 17, 2003. This is a money laundering conspiracy case involving four defendants and it is anticipated that the case will take at least two weeks to try. Following the <u>Pawn</u> trial, counsel will thereafter commence trial in <u>United States v. McNeil</u>, Cr. No. 02-00547 DAE, a case involving allegations of sexual abuse. That case is scheduled to commence on July 22, 2003. It is expected that trial will take two weeks at a minimum. And lastly, counsel is set for trial on August 5, 2003, in <u>United States v. Guiteras</u>, Cr. No. 03-0003 DAE. Thus, in order to adequately investigate the instant case and prepare adequately and effectively, a continuance is necessary.

Accordingly, this Court finds that the ends of justice served by continuing the trial in this case until **September 3, 2003**, outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including **June 10, 2003** to and

including **September 3, 2003,** be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, May 29, 2003.

_____
DONNA M. GRAY
Attorney for Defendant
JOHN ANDREW GILBREATH


_____
THOMAS MUEHLECK
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, JUN 0 2 2003.

_____
Magistrate Judge
United States District Court
District of Hawaii

UNITED STATES v. GILBREATH, Cr. No. 03-00106 DAE
STIPULATION AND ORDER CONTINUING TRIAL AND TO EXCLUDE TIME