PETER C. WOLFF, JR.   2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY   4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
Email:       fpdhi@hotmail.com

Attorneys for Defendant
JOHN GILBREATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00106 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING TRIAL AND TO |
| vs. | ) EXCLUDE TIME |
| | ) |
| JOHN GILBREATH, | ) Present Date:   09/03/03 |
| | ) New Date:       10/21/03 |
| Defendant. | ) |
| | ) |

N:\DONNA\CLIENTS\Gilbreath\cont_stp.wpd

**STIPULATION AND ORDER**
**CONTINUING TRIAL AND TO EXCLUDE TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the jury trial presently scheduled for **September 3, 2003,** be

continued to **October 21, 2003,** and the final pretrial conference is rescheduled to



**September 22, 2003 at 10:00 a.m.** before Magistrate Judge Barry M. Kurren. Defendant's motions deadline is August 25, 2003, with the Government's response due by September 8, 2003.

This continuance is made at the request of the defense in order to allow counsel adequate time within which to conduct further investigation, prepare pretrial motions and prepare the case for trial, and confer with and advise the Defendant. Accordingly, this Court finds that the ends of justice served by continuing the trial in this case until **October 21, 2003**, outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including **September 3, 2003** to and including **October 21, 2003,** be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, August 5, 2003.

_____
DONNA M. GRAY
Attorney for Defendant
JOHN GILBREATH

*T. Muehleck*
THOMAS MUEHLECK
Attorney for Plaintiff
UNITED STATES OF AMERICA

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii,    AUG 8 2003    .

United States Magistrate Judge
District of Hawaii

UNITED STATES v. GILBREATH, Cr. No. 03-00106 DAE
STIPULATION AND ORDER CONTINUING TRIAL AND TO EXCLUDE TIME