**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 16 2003

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

**LODGED**

SEP 10 2003

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

PETER C. WOLFF, JR.
Federal Public Defender
Districts of Hawaii and Guam

DONNA M. GRAY
First Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545

Attorney for Defendant
JOHN ANDREW GILBREATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00106 DAE |
| Plaintiff, ) | ORDER TO SUBPOENA WITNESSES |
| vs. ) | |
| JOHN ANDREW GILBREATH, ) | |
| Defendant. ) | |

### ORDER TO SUBPOENA WITNESSES

Defendant John Andrew Gilbreath, through counsel, DONNA M. GRAY, having moved this Court pursuant to Federal Rule of Criminal Procedure § 17 and 28 C.F.R. § 16.22, et seq., for an order issuing subpoenas to Special



Agents Jordan Lowe, Gordon Horiye, Ty Torco and Gery Graham, for their appearance on September 18, 2003, at 9:00 a.m. to testify at a hearing on Defendant's Motion to Suppress Evidence and Statements as set forth in counsel's affidavit to this motion, said application for subpoenas is hereby GRANTED.

Counsel for the Defendant is hereby directed to serve Special Agents Jordan Lowe, Gordon Horiye, Ty Torco and Gery Graham, Department of Justice, Bureau of Alcohol, Tobacco & Firearms, 300 Ala Moana Boulevard, Honolulu, with the subpoenas and with the aforementioned affidavit so that they may have an opportunity to object or, if no objection is to be filed, to comply with the order of the Court as directed.

IT IS SO ORDERED:

DATED: Honolulu, Hawaii, SEP 1 6 2003.

United States District Judge
District of Hawaii

IN THE UNITED STATE DISTRICT COURT; FOR THE DISTRICT OF HAWAII;
UNITED STATES v. JOHN ANDREW GILBREATH
Cr. No. 03-00106 DAE; ORDER TO SUBPOENA WITNESSES