# MINUTES



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/18/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00106DAE |
| CASE NAME: | USA v. John Andrew Gilbreath |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | Donna Gray |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 9/18/2003 | TIME: | 9:00am-11:10am |

COURT ACTION:  EP: Defendant's Motion to Suppress.

Defendant John Andrew Gilbreath present, not in custody.

Governments' witnesses:  Jordan Lowe.

Governments exhibits received: 1.

Defendant's witnesses: Gery Graham, Ty Torco, Gordon Horiye, John Gilbreath.

Defendant's exhibits: C, B.

Defendant's Motion to Suppress-TAKEN UNDER ADVISEMENT

Submitted by:  Theresa Lam, Courtroom Manager

G:\docs\theresa\minutes\CR 03-106DAE gibreath 9 18.wpd