# MINUTES

```
                                          FILED IN THE
                                     UNITED STATES DISTRICT COURT
                                         DISTRICT OF HAWAII
                                          09/19/2003 4:30 PM
                                     WALTER A.Y.H. CHINN, CLERK
```

**CASE NUMBER:** CR 03-00106DAE

**CASE NAME:** United States of America   vs.   John Andrew Gilbreath

**ATTYS FOR PLA:** Thomas Muehleck

**ATTYS FOR DEF:** Donna Gray

**INTERPRETER:**

**JUDGE:** JUDGE BARRY M. KURREN      **REPORTER:**

**DATE:** 09/19/2003                  **TIME:**

                                      **ROOM:**

**COURT ACTION:** EO

Continued : [Final Pretrial Conference] from 09/22/2003 10:00:00 AM to 09/29/2003 10:00:00 AM before BMK

Submitted by: Theresa Lam, Courtroom Manager

*Created: 09/19/2003 03:29:50 PM*                              Document: 55790315