# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

10/6/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:    CR NO. 03-00106DAE

CASE NAME:      USA vs. JOHN ANDREW GILBREATH

ATTYS FOR PLA:  Thomas Muehleck

ATTYS FOR DEFT: Donna Gray

INTERPRETER:

---

JUDGE:  Leslie E. Kobayashi          REPORTER:  Courtroom 5-Tape 1177

DATE:   10/6/2003                    TIME:      10:36-10:42

---

COURT ACTION:  EP: **CRIMINAL FINAL PRETRIAL CONFERENCE** held. Defendant not present, presence waived.

Jury Trial before Judge David Alan Ezra on October 21, 2003 at 9:00.a.m..

Representations by counsel on trial time:
The United States: 2 day(s)

Defendant: John Andrew Gilbreath - 2 day(s)

Fed. R. Crim. P. 16(a) (1) (C) (E) disclosures made as to Defendants: John Andrew Gilbreath

1. Fed. R. Evid. 404(b) : **October 7**, 2003
2. a.  Motions in Limine filed and served by :October 7, 2003.
   b.  Memoranda in opposition to motions in limine filed and served by: October 14, 2003.
3. Brady and Giglio Material by: October 7, 2003
4. a.  Jury Instructions exchanged by October 7, 2003.
   d.  Filings required by 4(b) & (c) by: October 14, 2003.
5. Witness Lists per stipulation by October 14, 2003.
6. Exhibits

   a. Parties will exchange exhibits.
   b. Original exhibits tabbed and in folders/binders, copy in folders/binders.
7. <u>Stipulations</u>: In writing and filed by October 8, 2003.
8. <u>Voir Dire Questions</u>: In writing by October 8, 2003.
9. <u>Trial Briefs</u>: by October 8, 2003.
10. <u>Jencks Disclosures</u>: No agreement as to this deadline, parties to meet and confer.
11. <u>Other Matters</u>: A copy of the CR Final Pretrial Conference Order mailed to all parties. Discovery to be provided by Govt. by 10/10/03.
12. N/A

Submitted by: Warren N. Nakamura, Courtroom Manager

CR NO. 03-00106DAE;
USA vs. JOHN ANDREW GILBREATH;
Final Pretrial Conference Minutes
10/6/2003