# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
10/07/2003 4:30 PM
WALTER A.Y.H. CHINN, CLERK
```

**CASE NUMBER:** CR 03-00106DAE

**CASE NAME:** United States of America vs. John Andrew Gilbreath

**INTERPRETER:**

---

**JUDGE:** JUDGE DAVID ALAN EZRA

**DATE:** 10/07/2003

**REPORTER:**

**TIME:**

**ROOM:**

---

**COURT ACTION:** EO

Jury Selection/Trial to follow has been continued from 10/21/2003 09:00:00 AM to 01/13/2004 09:00:00 AM before DAE

New dates:

FPT: 12/15/2003 @10amBMK
Motions due: 11/17/2003
Replies due: 12/1/2003

Stip to be prepared by Mr. Muehleck

Submitted by: Theresa Lam, Courtroom Manager