# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/15/2003 4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00106DAE |
| CASE NAME: | USA v. John Andrew Gilbreath |
| ATTYS FOR PLA: | Florence Nakakuni for Thomas Muehleck |
| ATTYS FOR DEFT: | Donna Gray |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 FTR CD1 |
| DATE: | 12/15/2003 | TIME: | 10:11 - 10:15 |

COURT ACTION:   EP: Final Pretrial Conference held. Court to prepare order. Trial related deadlines will be given. Deft's presence waived.

**CRIMINAL FINAL PRETRIAL CONFERENCE**

Jury Trial before Judge David Alan Ezra on January 13, 2004 at 9:00.a.m..

1.
2.  a.  Motions in Limine filed and served by: December 24, 2003.
    b.  Memoranda in opposition to motions in limine filed and served by: December 29, 2003.
3.  Brady and Giglio Material by: December 24, 2003
4.  a.  Jury Instructions exchanged by December 24, 2003.
    d.  Filings required by 4(b) & (c) by: December 31, 2003.
5.  Witness Lists per stipulation by January 6, 2004.
6.  Exhibits
    a.  Parties will exchange exhibits.
    b.  Original exhibits tabbed and in binders, copy in binders.
7.  Stipulations: In writing and filed by December 31, 2003.
8.  Voir Dire Questions: In writing by December 31, 2003.
9.  Trial Briefs: by December 31, 2003.
10.
11.
12.


cc: Tammy Kimura


Submitted by Richlyn W. Young, courtroom manager


CR 03-00106DAE;
USA v. John Andrew Gilbreath;
Final Pretrial Conference Minutes
12/15/2003

G:\docs\richlyn\cr 03-106dae gilbreath 12-15-03.wpd