# MINUTES

```
                                          FILED IN THE
                                    UNITED STATES DISTRICT COURT
                                         DISTRICT OF HAWAII
                                       12/22/2003 4:30 PM
                                    WALTER A.Y.H. CHINN, CLERK
```

**CASE NUMBER:** CR 03-00106DAE

**CASE NAME:** United States of America   vs.   John Andrew Gilbreath

**ATTYS FOR PLA:** Thomas Muehleck

**ATTYS FOR DEF:** Donna Gray

**INTERPRETER:**

---

**JUDGE:** JUDGE DAVID ALAN EZRA         **REPORTER:**

**DATE:** 12/22/2003                     **TIME:**

                                         **ROOM:**

---

**COURT ACTION:** EO

Status Conference set for 12/23/2003 11:30:00 AM before DAE


Submitted by: Theresa Lam, Courtroom Manager