# MINUTES



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/23/2003  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00106DAE |
| CASE NAME: | USA v. John Gilbreath |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | Donna Gray |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | |
| DATE: | 12/23/2003 | TIME: | 12:00pm-12:10pm |

COURT ACTION:  Status conference.

Defendant John Gilbreath's presence is waived.

Status conference held.

Trial continued from 1/13/2003 to 1/20/2003 @9:00amDAE.

Submitted by:  Theresa Lam, Courtroom Manager

G:\docs\theresa\minutes\CR 03-106DAE gilbreath 12 23.wpd