ORIGINAL

EDWARD H. KUBO 2499
United States Attorney
District of Hawaii

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 1 5 2004

at __ o'clock and __ min. __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00106 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S WITNESS LIST |
| | ) | |
| vs. | ) | |
| | ) | Date:  January 20, 2004 |
| JOHN ANDREW GILBREATH, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. David A. Ezra |
| Defendant. | ) | |

GOVERNMENT'S WITNESS LIST

The United States hereby submits its witness list. The witnesses that the United States may call are as follows:

1. Shirley Brown

2. Agent Gordon Horiye

3. Agent Jordan Lowe

4. Agent Ty Torco

5. Agent Gary Grimm

6. Agent Charles Pang

    7.    Agent John Quentinella

    8.    Agent Victor Washington

The United States reserves the right to call any of the defense witnesses and the United States also reserves the right to add or delete names from this witness list if matters change or as the trial develops.

DATED: January 15, 2004, at Honolulu, Hawaii.

Respectfully submitted,

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


By _____
THOMAS MUEHLECK
Assistant U.S. Attorney