PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY  #4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545

Attorney for Defendant
JOHN ANDREW GILBREATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00106 DAE |
| ) | |
| Plaintiff, ) | DEFENDANT JOHN ANDREW |
| ) | GILBREATH'S WITNESS LIST; |
| vs. ) | CERTIFICATE OF SERVICE |
| ) | |
| JOHN ANDREW GILBREATH, ) | DATE: 01/20/04 |
| ) | TIME: 9:00 a.m. |
| Defendant. ) | JUDGE: Chief Judge |
| ) | David A. Ezra |

N:\FORMS\FORMS\PLDGS\Trial\WITNESS.LST

### DEFENDANT JOHN ANDREW GILBREATH'S WITNESS LIST

COMES NOW the Defendant, JOHN ANDREW GILBREATH, through counsel, DONNA M. GRAY, Assistant Federal Public Defender, and submits his Witness List.  In addition to the witnesses named on the Government's Witness List, defense counsel may call the following persons on the

attached list. Defendant reserves the right to add to, delete from, or otherwise modify this list during the course of the trial.

    DATED: Honolulu, Hawaii, January 15, 2004.

                                              DONNA M. GRAY
                                              Attorney for Defendant
                                              JOHN ANDREW GILBREATH

WITNESS LIST

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,
    Plaintiff,
  v.
JOHN ANDREW GILBREATH,
    Defendant.

WITNESS LIST
CASE NO. 03-00106 DAE

| Presiding Judge: | Defendant's Attorney: | Plaintiff's Attorney: |
|---|---|---|
| Chief Judge David A. Ezra | Donna M. Gray | Thomas Muehleck |

| DEF. NO. | WITNESSES |
|---|---|
| 1 | Karl Dicks |
| 2 | Adam Ahai |
| 3 | Dale Gaylord |
| 4 | Tracey Worth |
| 5 | ATF Special Agent Gery Graham |
| 6 | ATF Special Agent Gordon Horiye |
| 7 | AFT Special Agent Ty Torco |
| 8 | AFT Special Agent Jordon Lowe |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document was duly hand-delivered to the following:

THOMAS MUEHLECK
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii, January 15, 2004

_____
Hermi Hunt