ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY #4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850
Telephone: (808) 541-2521
Facsimile: (808) 541-3545

Attorney for Defendant
JOHN ANDREW GILBREATH

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 20 2004

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN ANDREW GILBREATH,<br><br>    Defendant. | CR. NO. 03-00106 DAE<br><br>DEFENDANT JOHN ANDREW GILBREATH'S **AMENDED** WITNESS LIST; CERTIFICATE OF SERVICE<br><br>DATE:    01/20/04<br>TIME:    9:00 a.m.<br>JUDGE:  Hon. David A. Ezra |

N:\DONNA\CLIENTS\Gilbreath\Witness_list2.wpd

**DEFENDANT JOHN ANDREW
GILBREATH'S AMENDED WITNESS LIST**

COMES NOW the Defendant, JOHN ANDREW GILBREATH,

through counsel, DONNA M. GRAY, Assistant Federal Public Defender, and

submits his amended Witness List.



DATED: Honolulu, Hawaii, January 20, 2004.

_____
DONNA M. GRAY
Attorney for Defendant
JOHN ANDREW GILBREATH

In the United States District Court, for the
District of Hawaii, United States v. Gilbreath,
Cr. No. 03-00106 DAE
Defendant John Andrew Gilbreath's Amended
Witness List

**AMENDED** WITNESS LIST

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

UNITED STATES OF AMERICA,
    Plaintiff,
  v.
JOHN ANDREW GILBREATH,
    Defendant.

WITNESS LIST
CASE NO. 03-00106 DAE

| Presiding Judge: | Defendant's Attorney: | Plaintiff's Attorney: |
|---|---|---|
| Chief Judge David A. Ezra | Donna M. Gray | Thomas Muehleck |

| DEF. NO. | WITNESSES |
|---|---|
| 1 | Karl Dicks |
| 2 | Adam Ahai |
| 3 | Dale Gaylord |
| 4 | ATF Special Agent Gery Graham |
| 5 | ATF Special Agent Gordon Horiye |
| 6 | AFT Special Agent Ty Torco |
| 7 | AFT Special Agent Jordon Lowe |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing document was duly hand-delivered to the following:

THOMAS MUEHLECK
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, January 20, 2004.

_____
Hermi Hunt