# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/20/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     CR 03-00106DAE

CASE NAME:       USA v. John Andrew Gilbreath

ATTYS FOR PLA:   Thomas Muehleck

ATTYS FOR DEFT:  Donna Gray

INTERPRETER:

| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
|---|---|---|---|
| DATE: | 1/20/2004 | TIME: | 9:20am-12:00pm<br>1:30pm-4:00pm |

COURT ACTION:  EP: Jury Selection/Trial.

Defendant John Andrew Gilbreath present, not in custody.

53 potential jurors present.

12 jurors, 2 alternates selected.

Defendant's Oral Motion in Limine to Exclude Evidence Involving Prior Arrest- GRANTED.

Opening statements.

Governments' witnesses:  Jordan Lowe, John Quintanilla.

Governments' Exhibits received:  2B, 2A, 6D, 5B, 5C, 5A, 6B, 6C, 6A.

Further Jury Trial continued to 1/21/2004 @9:00amDAE.

Submitted by:  Theresa Lam, Courtroom Manager

G:\docs\theresa\minutes\CR 03-106DDAE gilbreath 1 20.wpd