# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/21/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00106DAE |
| CASE NAME: | USA v. John Andrew Gilbreath |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | Donna Gray |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 1/21/2004 | TIME: | 9:00am-12:00pm<br>2:00pm-4:20pm |

COURT ACTION:   EP: Further Jury Trial-2nd day.

Defendant John Andrew Gilbreath present, not in custody.

12 jurors, 2 alternates present.

Governments' Witnesses: Charles Pang, Ty Torco, Shirley Brown.

Governments' Exhibits received: 3A, 8, 3B, 4, 1, 7.

Defendant's Oral Motion Rule 29-DENIED.

Government Rest.

Defendant's Witnesses:  Gordon Horiye, John Andrew Gilbreath, Karl Dicks, Dale Gaylord.

Further Jury Trial continued to 1/22/2004 @9:00amDAE.

Submitted by:  Theresa Lam, Courtroom Manager

G:\docs\theresa\minutes\CR 03-106DDAE gilbreath 1 21.wpd