# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/22/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:        CR 03-00106DAE

CASE NAME:          USA v. John Andrew Gilbreath

ATTYS FOR PLA:      Thomas Muehleck

ATTYS FOR DEFT:     Donna Gray

INTERPRETER:

---

JUDGE:    David Alan Ezra        REPORTER:    Cynthia Fazio

DATE:     1/22/2004              TIME:        9:40am-12:00pm
                                              1:30pm-4:20pm

---

COURT ACTION:  EP:  Further Jury Trial-3rd day.

Defendant John Andrew Gilbreath present, not in custody.

12 jurors, 2 alternates present.

Proposed Jury Instructions reviewed with Counsel.

Closing Arguments.

Jury Instructions read.

Alt #1 and Alt #2 excused.

Jury retires to deliberate at 1:00pm

Jury question #1 addressed.

All counsel present, defendant present.

Jury question #2 addressed.

All counsel present, defendant present.

Further Jury Deliberation continued to 1/23/2003 @9:00amDAE.

Submitted by: Theresa Lam, Courtroom Manager