# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/23/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:       CR 03-00106DAE

CASE NAME:         USA v. John Andrew Gilbreath

ATTYS FOR PLA:     Thomas Muehleck

ATTYS FOR DEFT:    Donna Gray

INTERPRETER:

---

JUDGE:    David Alan Ezra          REPORTER:    Cynthia Fazio

DATE:     1/23/2004                TIME:        9:55am-10:00am

---

COURT ACTION:   EP:  Further Jury Deliberations.

Court reconvenes to accept jury verdict at 9:55am.

Defendant John Andrew Gilbreath present, not in custody.

12 jurors present.

Defendant John Andrew Gilbreath guilty as to Count 1 of the Indictment.

Verdict read and filed.

Jury polled.

Submitted by:  Theresa Lam, Courtroom Manager