CC: USA
USM
PTS
USPO
Dana Gray

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 23 2004

at 9 o'clock and 55 min. A.M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00106 DAE |
| | ) | |
| Plaintiff, | ) | **VERDICT** |
| | ) | |
| VS. | ) | |
| | ) | |
| JOHN ANDREW GILBREATH, | ) | |
| | ) | |
| Defendant. | ) | |

### VERDICT

We, the jury, in the above-entitled cause, find the Defendant, JOHN ANDREW GILBREATH:

**AS TO THE INDICTMENT**

_____ Not Guilty     __X__ Guilty

DATED: January _23_, 2004 at Honolulu, Hawaii.

SIGNED: REDACTED