# AMENDED MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

1/26/2004  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:    CR 03-00106DAE

CASE NAME:      USA v. John Andrew Gilbreath

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

---

JUDGE:    David Alan Ezra           REPORTER:

DATE:     1/26/2004                 TIME:

---

COURT ACTION:  EO:  Further Jury Deliberations.

MINUTES AMENDED TO INCLUDE THE FOLLOWING:

Governments' Oral Motion to Detain-DENIED.

Defendant to remain free on original bail conditions with the following added condition:

   1)Defendant shall submit to intensive pretrial services supervision.

Sentencing date set for 11/29/2004 @1:30pmDAE

Submitted by:  Theresa Lam, Courtroom Manager