

**Theresa Lam/HID/09/USCOURTS**
11/04/2004 10:02 AM

To: HIDml_CR Notice Group

cc: Christian Adams/HID/09/USCOURTS@USCOURTS, Julie E. Payne/HID/09/USCOURTS@USCOURTS, tom.muehleck@usdoj.gov, Donna_Gray@fd.org, Hermi_Hunt@fd.org

bcc: Carol Hangai/HID/09/USCOURTS@USCOURTS

Subject: CR 03-00106DAE USA v. John Gilbreath

Sentencing date has been continued from 11/29/2004 to 12/8/2004 @130pmDAE

AUSA: Tom Muehleck
AFPD: Donna Gray

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 4 2004

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

49