

| | | |
|---|---|---|
| **Theresa Lam**/HID/09/USCOURTS<br>12/06/2004 03:59 PM | To | HIDml_CR Notice Group |
| | cc | Christian Adams/HID/09/USCOURTS@USCOURTS, Julie E. Payne/HID/09/USCOURTS@USCOURTS, tom.muehleck@usdoj.gov, Donna_Gray@fd.org, Hermi_Hunt@fd.org |
| | bcc | Carol Hangai/HID/09/USCOURTS@USCOURTS |
| | Subject | CR 03-00106DAE USA v. Gilbreath |

Sentencing date has been continued from 12/8/2004 to 2/4/2005 @945amDAE

AUSA: Thomas Muehleck
AFPD: Donna Gray

Stip to be prepared by Hermi

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 0 6 2004

at ____ o'clock and ____ min ____
WALTER A. Y. H. CHINN, CLERK

50