PETER C. WOLFF, JR.  2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY      4519
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
Email:         fpdhi@hotmail.com

Attorneys for Defendant
JOHN GILBREATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 03-00106 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) CONTINUING SENTENCING |
| vs. | ) DATE |
| | ) |
| JOHN GILBREATH, | ) Present Date:  12/08/04 |
| | ) New Date:       02/04/05 |
| Defendant. | ) |
| | ) |

N:\DONNA\CLIENTS\Gilbreath\contSent_stp.wpd

## STIPULATION AND ORDER
## CONTINUING SENTENCING DATE

IT IS HEREBY STIPULATED AND AGREED by and between the

parties herein that the sentencing hearing presently scheduled for

**December 8, 2004**, be continued to **February 4, 2005 at 9:45 a.m.** before Chief Judge David A. Ezra.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, December 7, 2004.

_____
DONNA M. GRAY
Attorney for Defendant
JOHN GILBREATH


_____
THOMAS MUEHLECK
Attorney for Plaintiff
UNITED STATES OF AMERICA


IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, _____DEC 0 9 2004_____.

_____
DAVID A. EZRA
Chief Judge United States District Court
District of Hawaii

UNITED STATES v. GILBREATH, Cr. No. 03-00106 DAE
STIPULATION AND ORDER CONTINUING SENTENCING DATE