# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/4/2005  4:30 pm

WALTER A.Y.H. CHINN, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00106DAE |
| CASE NAME: | USA v. John Andrew Gilbreath |
| ATTYS FOR PLA: | Thomas Muehleck |
| ATTYS FOR DEFT: | Donna Gray |
| USPO: | Mona Godinet |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 2/4/2005 | TIME: | 10:15am-11:00am |

COURT ACTION: EP: Sentencing to Count 1 of the Indictment as to Defendant John Andrew Gilbreath.

Defendant John Andrew Gilbreath present, not in custody.

Presentence Report adopted. Sentencing recommendations heard. Allocution by Defendant John Andrew Gilbreath

SENTENCE:

Imprisonment: 24 MONTHS

Supervised Release: 3 YEARS

CONDITIONS:

1. Defendant shall observe the standard conditions of supervised release.

2. Defendant shall not commit any federal, state, or local crimes (mandatory condition).

3. Defendant shall not possess illegal controlled substances (mandatory condition).

G:\docs\theresa\minutes\CR 03-106DAE gilbreath2 4.wpd

4. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two drug tests thereafter, as directed by the Probation Office (mandatory condition).

5. Defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition).

6. Defendant is prohibited from possessing a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in a substance abuse program, which may include drug testing at the discretion and direction of the Probation Office.

8. Defendant shall provide the Probation Office access to any requested financial information.

9. Defendant shall submit his person, residence, place of employment, or vehicle to a search conducted at a reasonable time and in a reasonable manner, based upon a reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. Defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $100.00.

JUDICIAL RECOMMENDATIONS: BOP institution in Huntsville, AL.

Defendant advised of his right to appeal.

Mittimus is stayed until 3/21/2005.

Defendant to self-surrender @2:00 p.m. on 3/21/2005 at the facility designated by the Bureau of Prisons. The time is the time at the facility.

Present bail conditions to remain.

Submitted by: Theresa Lam, Courtroom Manager