ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 4 2005

at ___ o'clock and ___ min. __ M
WALTER A.Y.H. CHINN, CLERK

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

DONNA M. GRAY    # 4519
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
JOHN ANDREW GILBREATH

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 03-00106 DAE |
| | ) |
| Plaintiff, | ) NOTICE OF APPEAL; |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| JOHN ANDREW GILBREATH, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that defendant

JOHN ANDREW GILBREATH, through counsel, Donna M. Gray, Assistant

Federal Defender, hereby appeals to the United States Court of Appeals for the

Ninth Circuit from the Judgment of Conviction and Sentence entered by the Honorable David A. Ezra on February 4, 2005.

    DATED: Honolulu, Hawaii, February 14, 2005.

                                      DONNA M. GRAY
                                      Attorney for Defendant
                                      JOHN ANDREW GILBREATH

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was duly delivered to the following on February 14, 2005:

THOMAS C. MUEHLECK
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii  96813

Attorney for Plaintiff-Appellee
UNITED STATES OF AMERICA

DATED:  Honolulu, Hawaii, February 14, 2005.

_____
Hermi Hunt