IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

**AMENDED** Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. **05-10114**       U.S. District Court Case No. **03-00106 DAE**

Short Case Title   **USA v. John Andrew Gilbreath**

Date Notice of Appeal Filed by Clerk of District Court   **2/14/05**

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| 1/20/04 | Cynthia Fazio | Trial (excluding Jury Selection) |
| **1/21/04** | **Cynthia Fazio** | Further Jury Trial- 2nd day |
| **1/22/04** | **Cynthia Fazio** | **Further Jury Trial - 3rd day** |
| 1/23/04 | Cynthia Fazio | Further Jury Deliberations/Verdict |
| 2/4/05 | Cynthia Fazio | Sentencing |

(additional page for designations if necessary)

( )   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )   As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered   **2/22/05**          Estimated date for completion of transcript   **4/11/05**

Print Name of Attorney   **James S. Gifford, First Assistant Federal Defender**   Phone Number   **(808) 541-2521**

Signature of Attorney _____

Address   **Office of the Federal Public Defender, 300 Ala Moana Blvd., Suite 7104, Honolulu, HI 96850**

**SECTION B** - To be completed by court reporter

I, _____ have received this designation.
                  (signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____ Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn                              BY:
(U.S. District Court Clerk)      (date)                         DEPUTY CLERK