# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

### DOCKET FEE PAYMENT NOTIFICATION FORM

I. **SHORT CASE TITLE:**   U.S.A. vs. JOHN ANDREW GILBREATH

   **U.S. COURT OF APPEALS DOCKET NUMBER:**   05-10114

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 03-00106 DAE 01

II. **DATE NOTICE OF APPEAL FILED:**   2/14/2005

RECEIVED
CLERK, U.S. DISTRICT COURT
MAR 0 1 2005
DISTRICT OF HAWAII

III. **U.S. COURT OF APPEALS PAYMENT STATUS:**

   **DOCKET FEE PAID ON:**           **AMOUNT:**

   **NOT PAID YET:**                  **BILLED:**

   **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**

   **WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**     YES

   **IF YES, SHOW DATE:**   4/7/03  **& ATTACH COPY OF ORDER/CJA**

   **WAS F.P. STATUS REVOKED:**        **DATE:**

   **WAS F.P. STATUS LIMITED IN SOME FASHION?**

   **IF YES, EXPLAIN:**

IV. **COMPANION CASES, IF ANY:**

V. **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   George Bartels

---

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

62