# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3/11/2005  4:30 pm

WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:     CR 03-00106DAE

CASE NAME:       USA v. John Andrew Gilbreath

ATTYS FOR PLA:   Thomas Muehleck

ATTYS FOR DEFT:  Donna Gray

INTERPRETER:

---

JUDGE:  David Alan Ezra          REPORTER:  Cynthia Fazio

DATE:   3/11/2005                TIME:      9:45am-10:15am

---

COURT ACTION:  EP: Defendant's Motion for Release on Bond Pending Appeal.

Defendant's presence waived.

Defendant's Motion for Release on Bond Pending Appeal-DENIED.

Court to issue order.

Submitted by: Theresa Lam, Courtroom Manager

G:\docs\theresa\minutes\CR 03-106DAE gilbreath 3 11.wpd