IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

CR 03-106

**SECOND AMENDED** Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __05-10114__    U.S. District Court Case No. __03-00106 DAE__

Short Case Title __USA v. John Andrew Gilbreath__

Date Notice of Appeal Filed by Clerk of District Court __2/14/05__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 1 2005

at ___ o'clock and ___ min. ___ M.
WALTER A.Y.H. CHINN, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| 1/20/04 | Cynthia Fazio | Trial (excluding Jury Selection) |
| 1/21/04 | Cynthia Fazio | Further Jury Trial- 2nd day |
| 1/22/04 | Cynthia Fazio | **Further Jury Trial - 3rd day** |
| 1/23/04 | Cynthia Fazio | Further Jury Deliberations/Verdict |
| 2/4/05 | Cynthia Fazio | Sentencing |
| 9/18/03 | Cynthia Fazio | Defendant's Motion to Suppress |

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAR 28 2005
DISTRICT OF HAWAII

(additional page for designations if necessary)

( )    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )    As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)    As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __2/22/05__              Estimated date for completion of transcript __4/11/05__

Print Name of Attorney __James S. Gifford, Assistant Federal Defender__ Phone Number __(808) 541-2521__

Signature of Attorney __Donna M Gray for James Gifford__

Address __Office of the Federal Public Defender, 300 Ala Moana Blvd., Suite 7104, Honolulu, HI 96850__

**SECTION B** - To be completed by court reporter

I, __Cynthia Fazio__ have received this designation.
(signature of court reporter)
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__395__ Approximate Number of Pages in Transcript--Due Date __3/30/05__

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit it to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __3/24/05__ Court Reporter's Signature __Cynthia Fazio__

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

__Walter A.Y.H. Chinn__          __03/29/05__          BY: _____
(U.S. District Court Clerk)          (date)          DEPUTY CLERK

73

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

FEB 2 8 2005

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN

AMENDED Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __05-10114__     U.S. District Court Case No. __03-00106 DAE__

Short Case Title __USA v. John Andrew Gilbreath__

Date Notice of Appeal Filed by Clerk of District Court __2/14/05__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| 1/20/04 | Cynthia Fazio | Trial (excluding Jury Selection) |
| 1/21/04 | Cynthia Fazio | Further Jury Trial- 2nd day |
| 1/22/04 | Cynthia Fazio | Further Jury Trial - 3rd day |
| 1/23/04 | Cynthia Fazio | Further Jury Deliberations/Verdict |
| 2/4/05 | Cynthia Fazio | Sentencing |

(additional page for designations if necessary)

( )     I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )     As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)     As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter.  I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __2/22/05__                     Estimated date for completion of transcript __4/11/05__

Print Name of Attorney __James S. Gifford, First Assistant Federal Defender__  Phone Number __(808) 541-2521__

Signature of Attorney _____

Address __Office of the Federal Public Defender, 300 Ala Moana Blvd., Suite 7104, Honolulu, HI  96850__

**SECTION B** - To be completed by court reporter

I, __Cynthia Fazio__ _____  have received this designation.
(signature of court reporter)

(✓) Arrangements for payment were made on __2/28/05__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__395__ Approximate Number of Pages in Transcript--Due Date __3/30/05__

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __3/24/05__  Court Reporter's Signature __Cynthia Fazio__

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

__Walter A.Y.H. Chinn__ _____                 BY: _____
(U.S. District Court Clerk)        (date)                              DEPUTY CLERK

*nuova 2/22/05*

IN THE UNITED STATES DISTRICT COU___
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No._____    U.S. District Court Case No.  **03-00106 DAE**

Short Case Title___**USA v. John Andrew Gilbreath**_____

Date Notice of Appeal Filed by Clerk of District Court____**2/14/05**_____

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS(strike portion not desired) |
|---|---|---|
| 4/7/03            FILED IN THE | ESR/Tape/CD | Initial Appearance/A&P |
| 10/6/03     UNITED STATES DISTRICT COURT | ESR/Tape/CD | Criminal Final Pretrial Conference |
| 12/15/03      DISTRICT OF HAWAII | ESR/Tape/CD | Final Pretrial Conference |
| **12/23/03**    FEB 2 2 2005 | ESR/Tape/CD | Status Conference |
| 1/20/04  at   o'clock and   min/   M. Cynthia Fazio | Cynthia Fazio | Jury Selection/Trial |
|     WALTER A.Y.H. CHINN, CLERK | | |
| **1/21/04** | **Cynthia Fazio** | Further Jury Trial- 2nd day |
| **1/22/04** | **Cynthia Fazio** | **Further Jury Trial - 3rd day** |
| 1/23/04 | Cynthia Fazio | Further Jury Deliberations/Verdict |
| 2/4/05 | Cynthia Fazio | Sentencing |

(additional page for designations if necessary)

( )    I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( )    As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X)    As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered____**2/22/05**_____    Estimated date for completion of transcript____**4/11/05**_____

Print Name of Attorney **James S. Gifford, First Assistant Federal Defender**  Phone Number __**(808) 541-2521**_____

Signature of Attorney _____

Address  **Office of the Federal Public Defender, 300 Ala Moana Blvd., Suite 7104, Honolulu, HI  96850**

**SECTION B** - To be completed by court reporter

I, _____Cynthia Fazio_____ have received this designation.
             **(signature of court reporter)**
( ) Arrangements for payment were made on _____
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__461__ Approximate Number of Pages in Transcript--Due Date _____

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __**3/24/05**____  Court Reporter's Signature __Cynthia Fazio_____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

__Walter A.Y.H. Chinn_____    BY: _____
(U.S. District Court Clerk)          (date)                    DEPUTY CLERK