ORIGINAL

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* CR 03-00106DAE-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 1:07CR38 |

| NAME OF PROBATIONER/SUPERVISED RELEASEE: JOHN ANDREW GILBREATH | DISTRICT District of Hawaii | DIVISION Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE DAVID ALAN EZRA | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/14/2006 — TO 12/13/2009 |

OFFENSE

UNLAWFUL USER IN POSSESSION OF FIREARMS, in violation of 18 U.S.C. § 922(g)(3), a Class C felony.

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII
NOV 19 2007
at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Northern District of Florida</u> (Gainesville) upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_____   _____
Date                        United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Florida

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

11/8/07                _____
Effective Date        United States District Judge