UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

December 5, 2007

SUE BEITIA
CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

Office of the Clerk
USDC, Northern District of Florida (Gainesville Division)
United States Courthouse
401 SE First Ave. Rm 243
Gainesville, Florida  32601


RE:     U.S.A. vs. John Andrew Gilbreath
        USDC HAWAII CR. 1:03-cr-00106DAE
        **USDC N.D. Florida (Gainesville) 1:07-cr-38**


Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, please find enclosed a certified copy of the following documents:

( X )  Indictment
( X )  Judgment in a Criminal Case
( X )  Amended Judgment in a Criminal Case
( X )  Transfer of Jurisdiction
( X )  Docket Sheet


Please acknowledge receipt on the copy of this letter and return.

Very truly yours,

SUE BEITIA, Clerk

by: *[signature]*
Deputy Clerk, Docketing Section

encl.
cc:   U.S. Probation - Honolulu, Hawaii
      U.S. Probation - N.D. Florida (Gainesville)

**Receipt is acknowledged by**:  Clerk, U.S. District Court

Dated: _____    by: _____