# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
#### DISTRICT OF HAWAII
P.O. BOX 50129
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850

R E C E I V E D
CLERK U.S. DISTRICT COURT

DEC 17 2007

DISTRICT OF HAWAII

December 5, 2007

SUE BEITIA
 CLERK

TELEPHONE
PH. (808) 541-1300
FAX (808) 541-1303

Office of the Clerk
USDC, Northern District of Florida (Gainesville Division)
United States Courthouse
401 SE First Ave. Rm 243
Gainesville, Florida  32601

R E C E I V E D

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
GAINESVILLE, FLA.

2007 DEC 10  AM 11: 33

Km

RE:    U.S.A. vs. John Andrew Gilbreath
       USDC HAWAII CR. 1:03-cr-00106DAE
       **USDC N.D. Florida (Gainesville) 1:07-cr-38**

Dear Sir or Madam Clerk:

Pursuant to Rule 22 of the Federal Rules of Criminal Procedure, please find enclosed a certified copy of the following documents:

( X ) Indictment
( X ) Judgment in a Criminal Case
( X ) Amended Judgment in a Criminal Case
( X ) Transfer of Jurisdiction
( X ) Docket Sheet

Please acknowledge receipt on the copy of this letter and return.

Very truly yours,

SUE BEITIA, Clerk

by:  _[signature]_

Deputy Clerk, Docketing Section

encl.
cc:    U.S. Probation - Honolulu, Hawaii
       U.S. Probation - N.D. Florida (Gainesville)

Receipt is acknowledged by:  Clerk, U.S. District Court

Dated: _____    by: _____