IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>vs.<br><br>John Gilbreath,<br><br>Defendant(s). | CR 03-106DAE<br><br>Return of Exhibits<br>RECEIPT FOR EXHIBITS<br><br>**RECEIVED**<br>CLERK U.S. DISTRICT COURT<br><br>MAY 1 4 2008<br><br>DISTRICT OF HAWAII |

I, Donna Gray, the designated Court custodian exhibits, acknowledge receipt of said exhibits and assume full responsibility for the preservation and maintenance of said exhibits until the final disposition of this case.

DATED:   Honolulu, Hawaii,   5/14/08   .

_____
Signature

_____
Attorney for: Defendant

**\*\*PLEASE SIGN AND RETURN TO CLERK'S OFFICE\*\***